■ ANN M. VALLE et al., Respondents, v PILOT GAS & HEAT SERVICE CORP. et al., Appellants. [604 NYS2d 782] —In a negli-

gence action to recover damages for personal injuries, *inter alia,* the defendants appeal from an order of the Supreme Court, Queens County (Katz, J.), dated June 27, 1991, which granted the plaintiffs' motion to set aside a jury verdict in favor of the defendants as against the weight of the evidence and ordered a new trial.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Katz at the Supreme Court. Thompson, J. P., Miller, Lawrence and Copertino, JJ., concur.